No. 93–8698. FERGUSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–8708. LUNSFORD v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 93–8712. LARISCY ET UX. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8722. WASHINGTON v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–8735. JOHNSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–8747. WARING v. DELO, SUPERINTENDENT, MISSOURI DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 93–8752. THOMAS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–8754. SMITH v. LUCAS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–8755. THOMAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–8758. CHURCH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8762. KROSS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–8770. GORBY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–8777. STAMBOULIDES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–8785. BLAKEMORE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–8792. LOWE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.